# In the United States Court of Appeals for the Eleventh Circuit

———————————

Nos. 23-10151 & 23-10171

———————————

HAVANA DOCKS CORPORATION,

*Plaintiff – Appellee*

v.

ROYAL CARIBBEAN CRUISES, LTD.,

*Defendant – Appellant*

———————————

HAVANA DOCKS CORPORATION,

*Plaintiff – Appellee*
*Cross Appellant*

v.

ROYAL CARIBBEAN CRUISES, LTD.,
N4ORWEGIAN CRUISE LINE HOLDINGS, LTD.,
CARNIVAL CORPORATION,
a foreign corporation doing business as
Carnival Cruise Lines,
MSC CRUISES S.A. CO.,
MSC CRUISES (USA), INC., et al.,

*Defendants – Appellants*
*Cross Appellees.*

**UNOPPOSED MOTION TO EXTEND WORD LIMIT FOR A
SINGLE APPELLEE'S OPENING BRIEF**

Nos. 23-10151 & 23-10171,

*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

**AMENDED CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1, Plaintiff-Appellee-Cross-Appellant Havana Docks Corporation hereby certifies that the following is a complete list of persons and entities having an interest in the outcome of these cases. Entries marked with an asterisk have been added or changed since Havana Docks' last filing.

1. 1972 Productions, Inc. Florida – Carnival Corporation Subsidiary

2. A.C.N. 098 290 834 Pty. Ltd. Australia – Carnival Corporation Subsidiary

3. A.J. Juneau Dock, LLC Alaska – Carnival Corporation Subsidiary

4. Admiral Management Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

5. Adventure Island Ltd. Bahamas – Carnival Corporation Subsidiary

6. Adventure of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

7. AIDA Kundencenter GmbH Germany – Carnival Corporation Subsidiary

8. AIDAradio GmbH Germany – Carnival Corporation Subsidiary

C-1 of 48

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

9.  Air-Sea Holiday GmbH Switzerland – Carnival Corporation Subsidiary

10.  Akerman LLP – counsel for Carnival Corporation

11.  Alaska Hotel Properties LLC Delaware – Carnival Corporation Subsidiary

12.  Allure of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

13.  American Society of Travel Advisors, Inc. – Amicus Curiae Supporting Defendants-Appellants

14.  Anthem of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

15.  Arrasas Limited Isle of Man – Norwegian Cruise Line Holdings, Ltd. Subsidiary

16.  *Baldridge, James D. – former counsel for MSC Cruises S.A.

17.  Balmori, Daniel – counsel for Norwegian Cruise Line Holdings, Ltd.

18.  Barcelona Cruise Terminal SLU Spain – Carnival Corporation Subsidiary

19.  Bash III, John F. – counsel for Norwegian Cruise Line Holdings, Ltd

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

20. Bay Island Cruise Port, S.A. Honduras – Carnival Corporation Subsidiary

21. Behn, Aphra – shareholder of Havana Docks Corporation

22. Behn, Mickael – director of Havana Docks Corporation

23. Behn-Lucain, Melanie – shareholder of Havana Docks Corporation

24. Belize Cruise Terminal Limited Belize – Carnival Corporation Subsidiary

25. Belize Investments Limited St. Lucia – Norwegian Cruise Line Holdings, Ltd. Subsidiary

26. Belize Island Holdings Ltd. Belize – Norwegian Cruise Line Holdings, Ltd. Subsidiary

27. Bermuda Tenders, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

28. Black, Hillary S. – counsel for Carnival Corporation

29. Bloom, Honorable Beth – United States District Court Judge

30. Bluvacanze Spa Italy – MSC Cruises S.A. Subsidiary

31. Bohrer, Sanford L. – counsel for Royal Caribbean Cruises, Ltd.

32. Boies Schiller Flexner LLP – counsel for Carnival Corporation

Nos. 23-10151 & 23-10171,

*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

33. Bondi, Bradley J. – counsel for Amici Curiae U.S. Travel Association, United States Tour Operators Association, Inc., and the American Society of Travel Advisors, Inc. Supporting Defendants-Appellants

34. Breakaway Four, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

35. Breakaway One, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

36. Breakaway Three, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

37. Breakaway Two, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

38. Brilliance of the Seas Shipping Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

39. Buffett, Warren E. – shareholder of Havana Docks Corporation

40. Burck, William Anthony – counsel for Norwegian Cruise Line Holdings, Ltd.

41. Caluda, Nicholas John – counsel for Norwegian Cruise Line Holdings, Ltd.

42. Canodros CL Ecuador – Royal Caribbean Cruises Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

43.  Carnival (UK) Limited UK – Carnival Corporation Subsidiary

44.  Carnival Bahamas FC Limited Bahamas – Carnival Corporation Subsidiary

45.  Carnival Bahamas Holdings Limited Bahamas – Carnival Corporation Subsidiary

46.  Carnival Corporation (CCL) – Appellant

47.  Carnival Corporation & plc Asia Pte. Ltd. Singapore – Carnival Corporation Subsidiary

48.  Carnival Corporation Hong Kong Limited Hong Kong – Carnival Corporation Subsidiary

49.  Carnival Corporation Korea Ltd. Korea – Carnival Corporation Subsidiary

50.  Carnival Corporation Ports Group Japan KK Japan – Carnival Corporation Subsidiary

51.  Carnival Finance, LLC Delaware – Carnival Corporation Subsidiary

52.  Carnival Grand Bahama Investment Limited Bahamas – Carnival Corporation Subsidiary

53.  Carnival Holdings (Bermuda) Limited Bermuda – Carnival Corporation Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

54. Carnival Investments Limited Bahamas – Carnival Corporation Subsidiary

55. Carnival Japan, Inc. Japan – Carnival Corporation Subsidiary

56. Carnival License Holdings Limited Bahamas – Carnival Corporation Subsidiary

57. Carnival Maritime GmbH Germany – Carnival Corporation Subsidiary

58. Carnival North America LLC Florida – Carnival Corporation Subsidiary

59. Carnival PLC UK – Carnival Corporation Subsidiary

60. Carnival Port Holdings Limited UK – Carnival Corporation Subsidiary

61. Carnival Ports Inc. Florida – Carnival Corporation Subsidiary

62. Carnival Support Services India Private Limited India – Carnival Corporation Subsidiary

63. Carnival Technical Services (UK) Limited UK – Carnival Corporation Subsidiary

64. Carnival Technical Services Finland Limited Finland – Carnival Corporation Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

65. Carnival Technical Services GmbH Germany – Carnival Corporation Subsidiary

66. Carnival Vanuatu Limited Vanuatu – Carnival Corporation Subsidiary

67. Casey, Stephanie A. – counsel for Havana Docks Corporation

68. CC U.S. Ventures, Inc. Delaware – Carnival Corporation Subsidiary

69. CCL Gifts, LLC Florida – Carnival Corporation Subsidiary

70. Celebrity Apex Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

71. Celebrity Cruise Lines Inc. Cayman Islands – Royal Caribbean Cruises Ltd. Subsidiary

72. Celebrity Cruises Holdings Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

73. Celebrity Cruises Inc., doing business as Celebrity Cruises Liberia – Royal Caribbean Cruises Ltd. Subsidiary

74. Celebrity Eclipse Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

75. Celebrity Edge Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

76.  Celebrity Equinox Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

77.  Celebrity Reflection Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

78.  Celebrity Silhouette Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

79.  Celebrity Solstice Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

80.  Cisalpina Tours Spa Italy – MSC Cruises S.A. Subsidiary

81.  Classic Cruises II, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

82.  Classic Cruises, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

83.  Clement & Murphy PLLC – counsel for Royal Caribbean Cruises, Ltd.

84.  Clement, Paul D. – counsel for Royal Caribbean Cruises, Ltd.

85.  CNS Compañia Naviera Seaside 1 SA Panama – MSC Cruises S.A. Subsidiary

86.  Colson Hicks Eidson – counsel for Havana Docks Corporation

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

87. Compañia Naviera Evo 1 SA Panama – MSC Cruises S.A. Subsidiary

88. Compañia Naviera Evo 2 SA Panama – MSC Cruises S.A. Subsidiary

89. Compañia Naviera Fantasia SA Panama – MSC Cruises S.A. Subsidiary

90. Compañia Naviera Meraviglia SA Panama – MSC Cruises S.A. Subsidiary

91. Compañia Naviera Musica SA Panama – MSC Cruises S.A. Subsidiary

92. Compania Naviera Ocean Cay SA Panama – MSC Cruises S.A. Subsidiary

93. Compañia Naviera Orchestra SA Panama – MSC Cruises S.A. Subsidiary

94. Compañia Naviera Pacifica S.A. Panama – MSC Cruises S.A. Subsidiary

95. Compañia Naviera Preziosa SA Panama – MSC Cruises S.A. Subsidiary

96. Compañia Naviera Seaside 2 SA Panama – MSC Cruises S.A. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

97. Compañia Naviera Serenata SA Panama – MSC Cruises S.A. Subsidiary

98. Compañia Naviera Vista 1 SA Panama – MSC Cruises S.A. Subsidiary

99. Compañia Naviera Vista 2 SA Panama – MSC Cruises S.A. Subsidiary

100. Compañia Naviera Vista 3 SA Panama – MSC Cruises S.A. Subsidiary

101. Compañia Naviera Vista 4 SA Panama – MSC Cruises S.A. Subsidiary

102. Compañia Naviera Vista 5 SA Panama – MSC Cruises S.A. Subsidiary

103. Compañia Naviera World Class 1 SA Panama – MSC Cruises S.A. Subsidiary

104. Compañia Naviera World Class 2 SA Panama – MSC Cruises S.A. Subsidiary

105. Compañia Naviera World Class 3 SA Panama – MSC Cruises S.A. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

106.  Compañia Naviera World Class 4 SA Panama – MSC Cruises S.A. Subsidiary

107.  Compañia Naviera Yc1 SA Panama – MSC Cruises S.A. Subsidiary

108.  Compañia Naviera Yc2 SA Panama – MSC Cruises S.A. Subsidiary

109.  Compañia Naviera Yc3 SA Panama – MSC Cruises S.A. Subsidiary

110.  Compañia Naviera Yc4 SA Panama – MSC Cruises S.A. Subsidiary

111.  Compañia Naviera Yc5 SA Panama – MSC Cruises S.A. Subsidiary

112.  Compañia Naviera Yc6 SA Panama – MSC Cruises S.A. Subsidiary

113.  Constellation Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

114.  Cooke, Honorable Marcia G. – United States District Judge

115.  Cooper, Jonathan Gordon – counsel for Norwegian Cruise Line Holdings, Ltd

116.  Costa Crociere PTE Ltd. Singapore – Carnival Corporation Subsidiary

117.  Costa Crociere S.p.A. Italy – Carnival Corporation Subsidiary

118.  Costa Cruceros S.A. Argentina – Carnival Corporation Subsidiary

119.  Costa Cruise Lines Inc. Florida – Carnival Corporation Subsidiary

120.  Costa Cruise Lines UK Limited UK – Carnival Corporation Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

121. Costa Cruises Customer Center S.L.U. Spain – Carnival Corporation Subsidiary

122. Costa Cruises Shipping Services (Shanghai) Company Limited China – Carnival Corporation Subsidiary

123. Costa Cruises Travel Agency (Shanghai) Co., Ltd. China – Carnival Corporation Subsidiary

124. Costa Cruises Turkey Turizm Gelisim A.S. Turkey – Carnival Corporation Subsidiary

125. Costa Cruzeiros Agencia Maritima e Turismo Ltda. Brazil – Carnival Corporation Subsidiary

126. Costa International B.V. Netherlands – Carnival Corporation Subsidiary

127. Costa Kreuzfahrten GmbH Switzerland – Carnival Corporation Subsidiary

128. Cozumel Cruise Terminal S.A. de C.V. Mexico – Carnival Corporation Subsidiary

129. Cruise Administration Services, Inc. Philippines – Carnival Corporation Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

130. Cruise Conglomerate Maritime Ltd Guernsey – MSC Cruises S.A. Subsidiary

131. Cruise Lines International Association – Amicus Curiae Supporting Defendants-Appellants

132. Cruise Quality Travel Spain SL Spain – Norwegian Cruise Line Holdings, Ltd. Subsidiary

133. Cruise Ships Catering & Services International N.V. Curacao – Carnival Corporation Subsidiary

134. Cruise Terminal Services, S.A. de C.V. Mexico – Carnival Corporation Subsidiary

135. Cruiseport Curacao C.V. Curacao – Carnival Corporation Subsidiary

136. CSMART Real Estate B.V. Netherlands – Carnival Corporation Subsidiary

137. CSMART Real Estate C.V. Netherlands – Carnival Corporation Subsidiary

138. D.R. Cruise Port, Ltd. Bahamas – Carnival Corporation Subsidiary

139. Dvoretzky, Shay – counsel for Amicus Curiae Cruise Lines International Association Supporting Defendants-Appellants

140. Elayan-Martinez, Aziza F. – counsel for Havana Docks Corporation

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

141. Ellis George Cipollone O'Brien Annaguey LLP – counsel for Havana Docks Corporation

142. Enchantment of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

143. Eurosoft Corporation Limited United Kingdom – Norwegian Cruise Line Holdings, Ltd. Subsidiary

144. Eurosoft Cruise Line (Shanghai) Co., Ltd. China – Norwegian Cruise Line Holdings, Ltd. Subsidiary

145. Explora SA Switzerland – MSC Cruises S.A. Subsidiary

146. Explorer II New Build, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

147. Explorer III New Build, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

148. Explorer New Build, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

149. Explorer of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

150. F.P.M. SAS French Polynesia – Carnival Corporation Subsidiary

151. F.P.P. SAS French Polynesia – Carnival Corporation Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

152. Fields, Lazaro – counsel for Havana Docks Corporation

153. Fleet Maritime Services (Bermuda) Limited Bermuda – Carnival Corporation Subsidiary

154. Fleet Maritime Services Holdings (Bermuda) Limited Bermuda – Carnival Corporation Subsidiary

155. Fleet Maritime Services International Limited Bermuda – Carnival Corporation Subsidiary

156. Foreman Friedman, PA – counsel for Amicus Curiae Cruise Lines International Association Supporting Defendants in the District Court

157. Fowler III, George J. – counsel for Carnival Corporation

158. Freedom of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

159. Freyre, Pedro A. – counsel for Carnival Corporation

160. Friedman, Darren Wayne – Counsel for Amicus Curiae Cruise Lines International Association Supporting Defendants in the District Court

161. Future Investments, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

162. Gayles, Honorable Darrin P. – United States District Court Judge

163. GG Operations Inc. Delaware – Royal Caribbean Cruises Ltd. Subsidiary

164. Gibs, Inc. Delaware – Carnival Corporation Subsidiary

165. Global Experience Innovators, Inc. Florida – Carnival Corporation Subsidiary

166. Global Fine Arts, Inc. Florida – Carnival Corporation Subsidiary

167. Global Fleet Management LLC Liberia – Royal Caribbean Cruises Ltd. Subsidiary

168. Global Fleet Management Two LLC Liberia – Royal Caribbean Cruises Ltd. Subsidiary

169. Global Shipping Service (Shanghai) Co., Ltd. China – Carnival Corporation Subsidiary

170. Going Srl Italy – MSC Cruises S.A. Subsidiary

171. Goodman, Honorable Jonathan – United States Magistrate Judge

172. Goulette Cruise Holding Limited UK – MSC Cruises S.A. Subsidiary

173. Grand Cruise Shipping Unipessoal LdA Portugal (Madeira) – Carnival Corporation Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

174. Grand Turk Cruise Center Ltd. Turks & Caicos – Carnival Corporation Subsidiary

175. Grandeur of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

176. Gray, Corey P. – counsel for Carnival Corporation

177. Great Stirrup Cay Limited Bahamas – Norwegian Cruise Line Holdings, Ltd. Subsidiary

178. Greensboro S.L. Spain – Royal Caribbean Cruises Ltd. Subsidiary

179. Gwart Srl Italy – MSC Cruises S.A. Subsidiary

180. GXI, LLC Delaware – Carnival Corporation Subsidiary

181. HAL Antillen N.V. Curacao – Carnival Corporation Subsidiary

182. HAL Beheer B.V. Netherlands – Carnival Corporation Subsidiary

183. HAL Maritime Ltd. British Virgin Islands – Carnival Corporation Subsidiary

184. HAL Nederland N.V. Curacao – Carnival Corporation Subsidiary

185. HAL Properties Limited Bahamas – Carnival Corporation Subsidiary

186. HAL Services B.V. Netherlands – Carnival Corporation Subsidiary

187. Harmony of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

188. Harper, Chadwick J. – counsel for Royal Caribbean Cruises, Ltd.

189. Harvard Law School – counsel for Amicus Curiae Cruise Lines International Association Supporting Defendants in the District Court

190. Havana Docks Corporation – Appellee

191. Hernacki, Andrew T. – counsel for MSC Cruises S.A.

192. Hoch, Dorothy – shareholder of Havana Docks Corporation

193. Hogan Lovells LLP – counsel for Norwegian Cruise Line Holdings, Ltd.

194. Holding Division Iberocruceros SLU Spain – Carnival Corporation Subsidiary

195. Holland & Knight LLP – counsel for Royal Caribbean Cruises, Ltd. and Carnival Corporation

196. Holland America Line Inc. Washington – Carnival Corporation Subsidiary

197. Holland America Line N.V. Curacao – Carnival Corporation Subsidiary

198. Holland America Line U.S.A., Inc. Delaware – Carnival Corporation Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

199. Hospedagm De Pomene (Mozambique) Lda Mozambique – MSC Cruises S.A. Subsidiary

200. HSE Hamburg School of Entertainment GmbH Germany – Carnival Corporation Subsidiary

201. Ibero Cruzeiros Ltda. Brazil – Carnival Corporation Subsidiary

202. Iberocruceros SLU Spain – Carnival Corporation Subsidiary

203. Independence of the Seas Inc. – Royal Caribbean Cruises Ltd. Subsidiary

204. Infinity Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

205. Information Assistance Corporation Bermuda – Carnival Corporation Subsidiary

206. Insignia Vessel Acquisition, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

207. International Cruise Services, S.A. de C.V. Mexico – Carnival Corporation Subsidiary

208. International Leisure Travel Inc. Panama – Carnival Corporation Subsidiary

209. International Maritime Recruitment Agency, S.A. de C.V. Mexico – Carnival Corporation Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

210. Island for Science, Inc. Indiana – Royal Caribbean Cruises Ltd. Subsidiary

211. Islas Galapagos Turismo y Vapores CA Ecuador – Royal Caribbean Cruises Ltd. Subsidiary

212. Jewel of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

213. Johnson, Jerry M. – director of Havana Docks Corporation

214. Jones Day – counsel for Amicus Curiae Peter Kucik Supporting Defendants-Appellants

215. Jones Walker, LLP – counsel for Carnival Corporation

216. Kats, Vitaliy – counsel for Amici Curiae U.S. Travel Association, United States Tour Operators Association, Inc., and the American Society of Travel Advisors, Inc. Supporting Defendants-Appellants

217. Klingler, Richard – counsel for Havana Docks Corporation

218. Kroeger, Thomas A. – counsel for Havana Docks Corporation

219. Krystalsea Limited British Virgin Islands – Norwegian Cruise Line Holdings, Ltd. Subsidiary

220. Kucik, Peter – Amicus Curiae Supporting Defendants-Appellants

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

221. Kwazulu Cruise Terminal (Pty) Ltd South Africa – MSC Cruises S.A. Subsidiary

222. Labadee Investments Ltd. Cayman Islands – Royal Caribbean Cruises Ltd. Subsidiary

223. Landau, Christopher – counsel for Havana Docks Corporation

224. Leonardo Five, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

225. Leonardo Four, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

226. Leonardo One, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

227. Leonardo Six, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

228. Leonardo Three, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

229. Leonardo Two, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

230. Li, Vincent – counsel for Havana Docks Corporation

231. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

232. Liberty of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd.
Subsidiary

233. Lindsay III, Alvin F. – counsel for Norwegian Cruise Line Holdings, Ltd.

234. Lioli, Samuel V. – counsel for Amicus Curiae Peter Kucik Supporting Defendants-Appellants

235. Lipshultz, Zachary A. –counsel for Havana Docks Corporation

236. Lipshutz, Brian M. – counsel for Carnival Corporation

237. Llamas, Luis Emilio – counsel for Carnival Corporation

238. Loeb, Robert – counsel for MSC Cruises S.A. CO.; MSC Cruises (USA), Inc.; MSC Cruises, S.A.

239. Longoria-Green, Carmen N. – counsel for Amicus Curiae The Chamber of Commerce of the United States of America Supporting Defendants-Appellants

240. Lorenzo, Richard C. – counsel for Norwegian Cruise Line Holdings, Ltd.

241. Louis, Honorable Lauren F. – United States Magistrate Judge

242. Lutz, Zachary P. – counsel for Norwegian Cruise Line Holdings, Ltd

243. MacArthur Trust – shareholder of Havana Docks Corporation

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

244. Maderal, Francisco – former counsel for Havana Docks Corporation

245. Manhas, Robbie – counsel for MSC Cruises S.A. Co., MSC Cruises (USA), Inc.; MSC Cruises, S.A.

246. Marcus, Steven – counsel for Amicus Curiae Cruise Lines International Association Supporting Defendants-Appellants

247. Margol & Margol, P.A. – counsel for Havana Docks Corporation

248. Margol, Rodney S. – counsel for Havana Docks Corporation (now at Spohrer Dodd Trial Attorneys)

249. Marina New Build, LLC Republic of the Marshall Islands – Norwegian Cruise Line Holdings, Ltd. Subsidiary

250. Mariner of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

251. Mariner, LLC Republic of the Marshall Islands – Norwegian Cruise Line Holdings, Ltd. Subsidiary

252. Marseille Provence Cruise Terminal SAS France – MSC Cruises S.A. Subsidiary

253. Martinez, Honorable Jose E. – United States District Court Judge

254. Martinez, Roberto – counsel for Havana Docks Corporation

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

255. Massey & Gail LLP – counsel for Amicus Curiae Cruise Lines
International Association Supporting Defendants in the District
Court

256. Massey, Jonathan S. – counsel for Amicus Curiae Cruise Lines
International Association Supporting Defendants in the District
Court

257. Mayer Brown LLP – counsel for Amicus Curiae The Chamber of
Commerce of the United States of America Supporting Defendants-
Appellants

258. McAliley, Honorable Chris M. – United States Magistrate Judge

259. Mediterranean Cruises Travel Agency (Shanghai) Co Ltd China –
MSC Cruises S.A. Subsidiary

260. Michel, Christopher – counsel for Norwegian Cruise Line Holdings,
Ltd

261. Milestone N.V. Curacao – Carnival Corporation Subsidiary

262. Millennium Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

263. Moriceau, Alisha – counsel for Carnival Corporation

264. Msc Crewing Services Philippines Philippines – MSC Cruises S.A.
Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

265. MSC Cruceros SA Argentina – MSC Cruises S.A. Subsidiary

266. MSC Cruceros SA Spain – MSC Cruises S.A. Subsidiary

267. MSC Cruise Management (UK) Ltd UK – MSC Cruises S.A. Subsidiary

268. MSC Cruises (Australia) Pty Ltd Australia – MSC Cruises S.A. Subsidiary

269. MSC Cruises (Canada) Ltd Canada – MSC Cruises S.A. Subsidiary

270. MSC Cruises (Ireland) Ltd Ireland – MSC Cruises S.A. Subsidiary

271. MSC Cruises (USA) Inc USA – MSC Cruises S.A. Subsidiary

272. MSC Cruises (USA) Inc. – Appellant

273. MSC Cruises Asia Company Ltd China – MSC Cruises S.A. Subsidiary

274. MSC Cruises Barcelona Terminal SL Spain – MSC Cruises S.A. Subsidiary

275. MSC Cruises Belgium NV Belgium – MSC Cruises S.A. Subsidiary

276. MSC Cruises Gmbh Germany – MSC Cruises S.A. Subsidiary

277. MSC Cruises Japan Ltd Japan – MSC Cruises S.A. Subsidiary

278. MSC Cruises Limited UK – MSC Cruises S.A. Subsidiary

279. MSC Cruises Ltd Cyprus – MSC Cruises S.A. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

280.  MSC Cruises S.A. Co. – Appellant

281.  MSC Cruises Scandinavia AB Sweden – MSC Cruises S.A. Subsidiary

282.  MSC Cruises Ship Management (Shanghai) Ltd China – MSC Cruises S.A. Subsidiary

283.  MSC Cruises Shipping Service (Shanghai) Ltd China – MSC Cruises S.A. Subsidiary

284.  MSC Cruises The Netherlands BV Netherlands – MSC Cruises S.A. Subsidiary

285.  MSC Cruises, S.A. – Appellant

286.  MSC Cruzeiros Do Brasil Ltda Brazil – MSC Cruises S.A. Subsidiary

287.  MSC Cruzeiros SA Portugal – MSC Cruises S.A. Subsidiary

288.  MSC Food & Beverage Division Spa Italy – MSC Cruises S.A. Subsidiary

289.  MSC Italcatering Do Brasil Ltda Brazil – MSC Cruises S.A. Subsidiary

290.  MSC Kreuzfahrten (Austria) Gmbh Austria – MSC Cruises S.A. Subsidiary

291.  MSC Kreuzfahrten AG Switzerland – MSC Cruises S.A. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

292. MSC Krstarenja Doo Croatia – MSC Cruises S.A. Subsidiary

293. MSC Kruvaziyer Turizm AS Turkey – MSC Cruises S.A. Subsidiary

294. MSC Logistics (Mozambique) Ltd Mozambique – MSC Cruises S.A. Subsidiary

295. Msc Malta Seafarers Company Ltd Malta – MSC Cruises S.A. Subsidiary

296. MSC Mediagrafica Srl Italy – MSC Cruises S.A. Subsidiary

297. MSC Miami Cruise Terminal LLC USA – MSC Cruises S.A. Subsidiary

298. MSC Ocean Cay Ltd Bahamas – MSC Cruises S.A. Subsidiary

299. MSC Starlight Cruises Pty Ltd South Africa – MSC Cruises S.A. Subsidiary

300. Munyan, Katherine – counsel for MSC Cruises S.A. CO.; MSC Cruises (USA), Inc.; MSC Cruises, S.A.

301. Musica Cruise Limited UK – MSC Cruises S.A. Subsidiary

302. Nautica Acquisition, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

303. Navigator of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

304. Navigator Vessel Company, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

305. Navitrans S.R.L. Italy – Carnival Corporation Subsidiary

306. NCL (Bahamas) Ltd. d/b/a Norwegian Cruise Line Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

307. NCL (Guernsey) Limited Guernsey – Norwegian Cruise Line Holdings, Ltd. Subsidiary

308. NCL America Holdings, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

309. NCL America LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

310. NCL Australia Pty Ltd. Australia – Norwegian Cruise Line Holdings, Ltd. Subsidiary

311. NCL Construction Corp., Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

312. NCL Corporation Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

313. NCL Cruises Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

314. NCL Emerald Corporation, Limited Ireland – Norwegian Cruise Line Holdings, Ltd. Subsidiary

315. NCL Finance, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

316. NCL HK Holding, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

317. NCL Holding AS Norway – Norwegian Cruise Line Holdings, Ltd. Subsidiary

318. NCL Hong Kong Limited Hong Kong – Norwegian Cruise Line Holdings, Ltd. Subsidiary

319. NCL International, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

320. NCL Japan KK Japan – Norwegian Cruise Line Holdings, Ltd. Subsidiary

321. NCL Singapore Pte. Ltd. Singapore – Norwegian Cruise Line Holdings, Ltd. Subsidiary

322. NCL UK IP CO LTD UK – Norwegian Cruise Line Holdings, Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

323. NCL US IP CO 1, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

324. NCL US IP CO 2, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

325. NCLC Investments Canada Ltd. Canada – Norwegian Cruise Line Holdings, Ltd. Subsidiary

326. NCLM Limited Malta – Norwegian Cruise Line Holdings, Ltd. Subsidiary

327. Nelson, Timothy G. – counsel for Amicus Curiae Cruise Lines International Association Supporting Defendants-Appellants

328. Nemeroff, Justin B. – counsel for MSC Cruises S.A.

329. New Co Armonia SA Panama – MSC Cruises S.A. Subsidiary

330. New Co Lirica SA Panama – MSC Cruises S.A. Subsidiary

331. New Co Opera SA Panama – MSC Cruises S.A. Subsidiary

332. New Co S32 SA Panama – MSC Cruises S.A. Subsidiary

333. New Co Sinfonia SA Panama – MSC Cruises S.A. Subsidiary

334. Norford, Elizabeth – counsel for Carnival Corporation

335. Norwegian Carnival Ltd United Kingdom – Norwegian Cruise Line Holdings, Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

336. Norwegian Compass Ltd. United Kingdom – Norwegian Cruise Line Holdings, Ltd. Subsidiary

337. Norwegian Cruise Co. Inc. Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

338. Norwegian Cruise Line Agência de Viagens Ltda. Brazil – Norwegian Cruise Line Holdings, Ltd. Subsidiary

339. Norwegian Cruise Line Group Italy S.r.l. Italy – Norwegian Cruise Line Holdings, Ltd. Subsidiary

340. Norwegian Cruise Line Group UK Limited (formerly Prestige Cruise Services (Europe) Limited) United Kingdom – Norwegian Cruise Line Holdings, Ltd. Subsidiary

341. Norwegian Cruise Line Holdings, Ltd. (NCLH) – Appellant

342. Norwegian Cruise Line India Private Limited India – Norwegian Cruise Line Holdings, Ltd. Subsidiary

343. Norwegian Dawn Limited Isle of Man – Norwegian Cruise Line Holdings, Ltd. Subsidiary

344. Norwegian Epic, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

Nos. 23-10151 & 23-10171,

*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

345. Norwegian Gem, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

346. Norwegian Jewel Limited Isle of Man – Norwegian Cruise Line Holdings, Ltd. Subsidiary

347. Norwegian Pearl, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

348. Norwegian Sextant Ltd. United Kingdom – Norwegian Cruise Line Holdings, Ltd. Subsidiary

349. Norwegian Sky, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

350. Norwegian Spirit, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

351. Norwegian Star Limited Isle of Man – Norwegian Cruise Line Holdings, Ltd. Subsidiary

352. Norwegian Sun Limited Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

353. Norwegian USCRA, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

354. Nualy Investments Inc Panama – MSC Cruises S.A. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

355. Class Plus One, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

356. Class Plus Two, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

357. Oasis of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

358. Ocean Bahamas Innovation Ltd. Bahamas – Carnival Corporation Subsidiary

359. Ocean Medallion Fulfillment, Ltd. Bahamas – Carnival Corporation Subsidiary

360. Oceanadventures S.A. Ecuador – Royal Caribbean Cruises Ltd. Subsidiary

361. Oceania Cruises S. de R.L. (formerly Oceania Cruises, Inc.) Panama – Norwegian Cruise Line Holdings, Ltd. Subsidiary

362. OCI Finance Corp. Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

363. Odds On Gaming Corporation Delaware – Carnival Corporation Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

364. Odyssey of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

365. Oliu, Pascual A. – counsel for Carnival Corporation

366. Operadora Catalina S.r.L. Dominican Republic – Carnival Corporation Subsidiary

367. Orrick, Herrington & Sutcliffe LLP – counsel for MSC Cruises S.A.

368. Otazo-Reyes, Honorable Alicia M. – United States Magistrate Judge

369. Ovation of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

370. P&O Princess American Holdings UK – Carnival Corporation Subsidiary

371. P&O Princess Cruises International Limited UK – Carnival Corporation Subsidiary

372. P&O Princess Cruises Pension Trustee Limited UK – Carnival Corporation Subsidiary

373. P&O Properties (California), Inc. California – Carnival Corporation Subsidiary

374. P&O Travel Limited UK – Carnival Corporation Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

375. Palumbo Malta Shipyard Limited Malta – MSC Cruises S.A. Subsidiary

376. Palumbo Shipyard Limited Malta – MSC Cruises S.A. Subsidiary

377. Paul Hastings, LLP – counsel for Amici Curiae U.S. Travel Association, United States Tour Operators Association, Inc., and the American Society of Travel Advisors, Inc. Supporting Defendants-Appellants

378. Paul, Weiss, Rifkind, Wharton & Garrison LLP – counsel for Carnival Corporation

379. Pegg, Allen P. – counsel for Norwegian Cruise Line Holdings, Ltd.

380. Pettlier, Romain Le – shareholder of Havana Docks Corporation

381. Piccapietra Finance S.r.l. Italy – Carnival Corporation Subsidiary

382. Ponce, Scott D. – counsel for Royal Caribbean Cruises, Ltd. And Carnival Corporation

383. Prestige Cruise Holdings S. de R.L. (formerly Prestige Cruise Holdings, Inc.) Panama – Norwegian Cruise Line Holdings, Ltd. Subsidiary

384. Prestige Cruise Services LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

385. Prestige Cruises Air Services, Inc. Florida – Norwegian Cruise Line Holdings, Ltd. Subsidiary

386. Prestige Cruises International S. de R.L. (formerly Prestige Cruises International, Inc.) Panama – Norwegian Cruise Line Holdings, Ltd. Subsidiary

387. Prestige Cruises Management S.A.M. Monaco – Carnival Corporation Subsidiary

388. Prestige Cruises N.V. Curacao – Carnival Corporation Subsidiary

389. Preziosa Cruise Limited UK – MSC Cruises S.A. Subsidiary

390. Pride of America Ship Holding, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

391. Pride of Hawaii, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

392. Princess Bermuda Holdings, Ltd. Bermuda – Carnival Corporation Subsidiary

393. Princess Cays Ltd. Bahamas – Carnival Corporation Subsidiary

394. Princess Cruise Corporation Inc. Panama – Carnival Corporation Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

395.  Princess Cruise Lines, Ltd. Bermuda – Carnival Corporation

Subsidiary

396.  Princess Cruises and Tours, Inc. Delaware – Carnival Corporation

Subsidiary

397.  Princess U.S. Holdings, Inc. California – Carnival Corporation

Subsidiary

398.  Proctor, Ryan M – counsel for Amicus Curiae Peter Kucik Supporting

Defendants-Appellants

399.  Quantum of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd.

Subsidiary

400.  Quinn Emanuel Urquhart & Sullivan, LLP – counsel for Norwegian

Cruise Line Holdings, Ltd

401.  Radiance of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd.

Subsidiary

402.  RCI Holdings LLC Liberia – Royal Caribbean Cruises Ltd.

Subsidiary

403.  RCL (UK) Ltd. – Royal Caribbean Cruises Ltd. Subsidiary England

and Wales

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

404. RCL Cruise Holdings LLC Liberia – Royal Caribbean Cruises Ltd. Subsidiary

405. RCL Cruises Ltd. – Royal Caribbean Cruises Ltd. Subsidiary England and Wales

406. RCL GEO LLC Florida – Royal Caribbean Cruises Ltd. Subsidiary

407. RCL Holdings Cooperatief U.A. Netherlands – Royal Caribbean Cruises Ltd. Subsidiary

408. RCL Horizon LLC Liberia – Royal Caribbean Cruises Ltd. Subsidiary

409. RCL Investments Ltd. – Royal Caribbean Cruises Ltd. Subsidiary England and Wales

410. RCL Monarch LLC Liberia – Royal Caribbean Cruises Ltd. Subsidiary

411. RCL New Vessel Holding Company LLC Liberia – Royal Caribbean Cruises Ltd. Subsidiary

412. RCL Sovereign LLC Liberia – Royal Caribbean Cruises Ltd. Subsidiary

413. RCL TUI Cruises German Holding GmbH & Co. KG Germany – Royal Caribbean Cruises Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

414. RCL Worldwide (Hong Kong) Limited Hong Kong – Royal Caribbean Cruises Ltd. Subsidiary

415. RCL Worldwide Ltd. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

416. RCL Zenith LLC Liberia – Royal Caribbean Cruises Ltd. Subsidiary

417. RCT Maintenance & Related Services S.A. Honduras – Carnival Corporation Subsidiary

418. RCT Pilots & Related Services, S.A. Honduras – Carnival Corporation Subsidiary

419. RCT Security & Related Services S.A. Honduras – Carnival Corporation Subsidiary

420. Regatta Acquisition, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

421. Rhapsody of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

422. Rider-Longmaid, Parker – counsel for Amicus Curiae Cruise Lines International Association Supporting Defendants-Appellants

423. Riviera New Build, LLC Republic of the Marshall Islands – Norwegian Cruise Line Holdings, Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

424. Roatan Cruise Terminal S.A. de C.V. Honduras – Carnival

Corporation Subsidiary

425. Rosenkranz, E. Joshua – counsel for MSC Cruises S.A.

426. Rowen, Matthew D. – counsel for Royal Caribbean Cruises, Ltd.

427. Royal Caribbean Cruise Lines AS Norway – Royal Caribbean Cruises

Ltd. Subsidiary

428. Royal Caribbean Cruises (Asia) Pte. Ltd. Singapore – Royal

Caribbean Cruises Ltd. Subsidiary

429. Royal Caribbean Cruises Services (China) Company Limited China –

Royal Caribbean Cruises Ltd. Subsidiary

430. Royal Caribbean Cruises, Ltd. (RCL) – Appellant

431. Royal Hyway Tours, Inc. Alaska – Carnival Corporation Subsidiary

432. Saieh, Sabrina S. – counsel for Havana Docks Corporation

433. Saladrigas, Caitlin F. – counsel for Royal Caribbean Cruises, Ltd.

434. Santa Cruz Terminal, S.L. Spain – Carnival Corporation Subsidiary

435. Schultz, Meredith L. – counsel for Carnival Corporation

436. Seabourn Cruise Line Limited Bermuda – Carnival Corporation

Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

437. Seahawk One, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

438. Seahawk Two, Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

439. SeaVacations Limited UK – Carnival Corporation Subsidiary

440. SeaVacations UK Limited UK – Carnival Corporation Subsidiary

441. Serenade of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

442. Seven Seas Cruises S. de R.L. Panama – Norwegian Cruise Line Holdings, Ltd. Subsidiary

443. SG Cruises GmbH Switzerland – Royal Caribbean Cruises Ltd. Subsidiary

444. SG Expeditions Cyprus Limited Cyprus – Royal Caribbean Cruises Ltd. Subsidiary

445. SG Expeditions SAGL Switzerland – Royal Caribbean Cruises Ltd. Subsidiary

446. Shaffer, Derek L. – counsel for Norwegian Cruise Line Holdings, Ltd

447. Shanghai Coast Cruise Consulting Co. Lda China – Carnival Corporation Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

448.  Shanmugam, Kannon K. – counsel for Carnival Corporation

449.  Ship Care (Bahamas) Limited Bahamas – Carnival Corporation Subsidiary

450.  Silver Cloud Shipping Co. Ltd. Bahamas – Royal Caribbean Cruises Ltd. Subsidiary

451.  Silver Muse Shipping Co. Ltd. Bahamas – Royal Caribbean Cruises Ltd. Subsidiary

452.  Silver Shadow Shipping Co. Ltd. Bahamas – Royal Caribbean Cruises Ltd. Subsidiary

453.  Silver Spirit Shipping Co. Ltd. Bahamas – Royal Caribbean Cruises Ltd. Subsidiary

454.  Silver Wind Shipping Ltd. Bahamas – Royal Caribbean Cruises Ltd. Subsidiary

455.  Silversea Cruise Finance Ltd. Bahamas – Royal Caribbean Cruises Ltd. Subsidiary

456.  Silversea Cruise Holding Ltd. Bahamas – Royal Caribbean Cruises Ltd. Subsidiary

457.  Silversea Cruises (Europe) Ltd. England and Wales – Royal Caribbean Cruises Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

458. Silversea Cruises (UK) Ltd. England and Wales – Royal Caribbean Cruises Ltd. Subsidiary

459. Silversea Cruises Australia Pty. Ltd. Australia – Royal Caribbean Cruises Ltd. Subsidiary

460. Silversea Cruises Canada Ltd. Canada – Royal Caribbean Cruises Ltd. Subsidiary

461. Silversea Cruises Ltd. Bahamas – Royal Caribbean Cruises Ltd. Subsidiary

462. Silversea Cruises South Africa Pty. Ltd. South Africa – Royal Caribbean Cruises Ltd. Subsidiary

463. Silversea New Build Seven Ltd. Bahamas – Royal Caribbean Cruises Ltd. Subsidiary

464. Silversea RCL Holdings LLC Liberia – Royal Caribbean Cruises Ltd. Subsidiary

465. Silversea SAM Monaco – Royal Caribbean Cruises Ltd. Subsidiary

466. Singer, Stuart H. – counsel for Carnival Corporation

467. Sirena Acquisition Cayman Islands – Norwegian Cruise Line Holdings, Ltd. Subsidiary

468. Sitmar Cruises Inc. Panama – Carnival Corporation Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

469. Sixthman Ltd. Bermuda – Norwegian Cruise Line Holdings, Ltd. Subsidiary

470. Skadden, Arps, Slate, Meagher & Flom, LLP - counsel for Amicus Curiae Cruise Lines International Association Supporting Defendants-Appellants

471. SNC Fantasia Bail France – MSC Cruises S.A. Subsidiary

472. SNC Splendida Bail France – MSC Cruises S.A. Subsidiary

473. Societe Labadee Nord, S.A. Haiti – Royal Caribbean Cruises Ltd. Subsidiary

474. Spanish Cruise Services N.V. Curacao – Carnival Corporation Subsidiary

475. Spectrum of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

476. Spezia & Carrara Cruise Terminal Srl Italy – MSC Cruises S.A. Subsidiary

477. Spohrer Dodd Trial Attorneys – counsel for Havana Docks Corporation

478. SSC Finance Corp. Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

479. Stander, Robert N. – counsel for Amicus Curiae Peter Kucik

Supporting Defendants-Appellants

480. Sullivan, Kathleen M. – counsel for Norwegian Cruise Line Holdings,

Ltd

481. Summit Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

482. Sun Princess II Limited Bermuda – Carnival Corporation Subsidiary

483. Sun Princess Limited Bermuda – Carnival Corporation Subsidiary

484. Sunshine Shipping Corporation Ltd. Bermuda – Carnival

Corporation Subsidiary

485. Super, John – counsel for Norwegian Cruise Line Holdings, Ltd.

486. Symphony of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd.

Subsidiary

487. T&T International, Inc. Texas – Carnival Corporation Subsidiary

488. Tager, Evan M. – counsel for Amicus Curiae The Chamber of

Commerce of the United States of America Supporting Defendants-

Appellants

489. Taormina, Benjamin A. – counsel for Royal Caribbean Cruises, Ltd.

490. Terminal De Cruceros Punta Del Este SA Uruguay – MSC Cruises

S.A. Subsidiary

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

491. The Chamber of Commerce of the United States of America – Amicus Curiae Supporting Defendants-Appellants

492. Torcatt Enterprises Limitada Costa Rica – Royal Caribbean Cruises Ltd. Subsidiary

493. Tour Alaska, LLC Delaware – Carnival Corporation Subsidiary

494. Transnational Services Corporation Panama – Carnival Corporation Subsidiary

495. Tribe, Laurence H. – counsel for Amicus Curiae Cruise Lines International Association Supporting Defendants in the District Court

496. Trident Insurance Company Ltd. Bermuda – Carnival Corporation Subsidiary

497. Trieste Adriatic Maritime Initiatives Srl Italy – MSC Cruises S.A. Subsidiary

498. U.S. Travel Association – Amicus Curiae Supporting Defendants-Appellants

499. United States Tour Operators Association, Inc. – Amicus Curiae Supporting Defendants-Appellants

500. Venable LLP – counsel for Defendant-Appellant MSC Cruises S.A.

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

501.  Venezia Investimenti Srl Italy – MSC Cruises S.A. Subsidiary

502.  Vice, Abigail Frisch – counsel for Carnival Corporation

503.  Vision of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

504.  Von Bokern, Jordan L. – counsel for Amicus Curiae The Chamber of Commerce of the United States of America Supporting Defendants-Appellants

505.  Voyager of the Seas Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

506.  Voyager Vessel Company, LLC Delaware – Norwegian Cruise Line Holdings, Ltd. Subsidiary

507.  Wang, Jonas – counsel for MSC Cruises S.A. CO.; MSC Cruises (USA), Inc.; MSC Cruises, S.A.

508.  West Sicily Gates Srl Italy – MSC Cruises S.A. Subsidiary

509.  Westmark Hotels of Canada, Ltd. Canada – Carnival Corporation Subsidiary

510.  Westmark Hotels, Inc. Alaska – Carnival Corporation Subsidiary

511.  Whisper SpA Italy – Royal Caribbean Cruises Ltd. Subsidiary

512.  Whitaker, Walter H. – shareholder of Havana Docks Corporation

Nos. 23-10151 & 23-10171,
*Havana Docks Corp. v. Royal Caribbean Cruises, Ltd., et al.*

513.  White Sand Inc. Liberia – Royal Caribbean Cruises Ltd. Subsidiary

514.  World Leading Cruise Management (Shanghai) Co., Ltd. China –

Carnival Corporation Subsidiary

515.  XP Tours S.A. Ecuador – Royal Caribbean Cruises Ltd. Subsidiary

Pursuant to Federal Rule of Appellate Procedure 27 and this Court's Rule 32-4, Plaintiff/Appellee/Cross-Appellant Havana Docks Corporation hereby moves to extend the word limit for a single appellee's opening brief in these consolidated appeals to 28,000 words. In support of this motion, Havana Docks states as follows:

1.    These consolidated appeals arise out of four separate final judgments entered in the district court: (a) *Havana Docks Corp. v. Carnival Corp. et al.*, S.D. Fla. No. 19-21724; (b) *Havana Docks Corp. v. MSC Cruises SA CO*, S.D. Fla. No. 19-23588; (c) *Havana Docks Corp. v. Royal Caribbean Cruises Ltd.*, S.D. Fla. No. 19-23590; and (d) *Havana Docks Corp. v. Norwegian Cruise Line Holdings, Ltd.*, S.D. Fla. No. 19-23591.

2.    The four appellants filed two separate opening briefs. Three of the appellants (MSC, Royal, and Norwegian) filed a single joint brief, and requested and received an extension of the word limit from 13,000 to 20,000 words without objection by Havana Docks. *See* Joint & Unopposed Mot. to Increase Word Limit for Joint Opening Brief (Tab A); Order Granting Mot. (Tab B). These three appellants ultimately filed a 19,761 word Joint Brief raising six distinct issues.

3.    Appellant Carnival filed its own full-length opening brief of 12,750 words raising four distinct issues.

4.    Four amici also filed briefs in support of appellants, with a total of 20,835 words.

5.    Under the rules, Havana Docks presumably would be entitled to file two separate opening briefs, one responding to the joint opening brief (20,000 word limit) and another responding to Carnival's separate opening brief (13,000 word limit), for a total of 33,000 words.  Havana Docks believes that the Court would benefit from a single appellee's opening brief responding to appellants' two opening briefs.  Accordingly, Havana Docks respectfully moves to extend the word limit for that brief to 28,000 words, which is substantially less than the combined length of appellants' two separate opening briefs (not even counting the four amicus briefs).  The ultimate word reduction, along with the convenience of a single appellee's brief, provide extraordinary and compelling reasons to grant the requested word extension.

6.    Havana Docks had originally contemplated pursuing cross-appeals in each of these four cases, and accordingly had filed protective notices of cross-appeal.  Havana Docks has decided, however, not to

pursue such cross-appeals, so the word limits governing cross-appeals would not apply.

7.    Havana Docks has consulted opposing counsel, who has stated that appellants do not oppose the relief sought.  Pursuant to this Court's Rule 32-4, this motion is filed more than 7 days in advance of the due date of the brief.

September 11, 2023                    Respectfully submitted,

Christopher Landau
ELLIS GEORGE CIPOLLONE
   O'BRIEN LLP
1155 F Street, N.W., Suite 750
Washington, DC   20004
(202) 249-6900
*clandau@egcfirm.com*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 27(d)(1)(E), 27(d)(2)(A), and 32(g)(1), I certify that the foregoing motion is proportionately spaced using 14-point Century Schoolbook font and contains 430 words, excluding the parts of the motion exempted from length limits by Rules 27(d)(2) and 32(f).

_____
Christopher Landau

## CERTIFICATE OF SERVICE

I hereby certify that, on September 11, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

_____

Christopher Landau