Nos. 23-10151 & 23-10171

# In the United States Court of Appeals for the Eleventh Circuit

HAVANA DOCKS CORPORATION,
*Plaintiff-Appellee*
v.
ROYAL CARIBBEAN CRUISES, LTD.,
*Defendant-Appellant*

HAVANA DOCKS CORPORATION,
*Plaintiff-Appellee-Cross Appellant*
v.
ROYAL CARIBBEAN CRUISES, LTD.,
NORWEGIAN CRUISE LINE HOLDINGS, LTD.,
CARNIVAL CORPORATION,
a foreign corporation doing business as Carnival Cruise Lines,
MSC CRUISES S.A. CO.,
MSC CRUISES (USA), INC., *et al.*,
*Defendants-Appellants-Cross Appellees*

*On Appeal from the U.S. District Court for the Southern District of Florida
Civil Nos. 19-21724, 19-23588, 19-23590, 19-23591
The Honorable Beth Bloom, J.*

**NOTICE OF FIRM NAME CHANGE**

Roberto Martínez
Stephanie A. Casey
Zachary A. Lipshultz
Thomas A. Kroeger
Aziza F. Elayan
Sabrina S. Saieh
COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, FL   33134

Christopher Landau
Richard Klingler
ELLIS GEORGE LLP
1155 F Street N.W., Suite 750
Washington, DC   20004
(202) 249-6900
*clandau@ellisgeorge.com*

Vincent H. Li
ELLIS GEORGE LLP
152 West 57th Street, 28th floor
New York, NY   10019

January 17, 2024

The undersigned counsel hereby notifies the Court that one of the law firms representing plaintiff/appellee Havana Docks Corporation in this matter has changed its name. The firm was previously known as Ellis George Cipollone O'Brien Annaguey LLP, and then as Ellis George Cipollone O'Brien LLP. The firm's new name is Ellis George LLP. As a result of the name change, the e-mail for the undersigned counsel has changed from *clandau@egcfirm.com* to *clandau@ellisgeorge.com*. The firm's address and phone number remain unchanged for the time being.

> Respectfully submitted,
>
> Christopher Landau
> ELLIS GEORGE LLP
> 1155 F Street N.W., Suite 750
> Washington, DC  20004
> (202) 249-6900
> *clandau@ellisgeorge.com*
>
> *Counsel for Plaintiff-Appellee*

January 17, 2024

## CERTIFICATE OF SERVICE

I hereby certify that, on January 17, 2024, I electronically filed the foregoing Notice with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

_____
Christopher Landau