**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  In Replying Give Number
Clerk  Of Case and Names of Parties

February 20, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **MAY 13, 2024, IN BIRMINGHAM, ALABAMA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

---

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #16.*

| Case Number | Case Name |
|---|---|
| 22-14274 | Gray Television, Inc. v. Federal Communications Commission, et al. |
| 22-12913 | Lindsay Davis, et al. v. J. White, et al. (Consolidated with 22-12915, Nicole Slone, et al. v. J. White, et al. and 22-12916, Monica Lawrence, et al. v. J. White, et al.) |
| 23-10954 | Denise Hughes v. Monique Locure |
| 22-13376 | William Spears, Jr. v. Rick Patel, et al. |
| 23-11041 | Green Rock LLC v. Internal Revenue Service, et al. |
| 23-11478 | Donald Lyons, et al. v. Saeilo Inc. |
| 20-13179 | Doris Sloan v. Drummond Company, Inc., et al. |
| 23-10572 | Amanda Curlee v. AT&T Mobility Services, LLC |
| 23-10050 | Austin Rappuhn v. Primal Vantage Company |
| 23-10479 | United States v. James Harding |
| 22-13164 | Martha Rosales-Mendez v. U.S. Attorney General |
| 23-11899 | Jeremy Hitt v. CSX Transportation Inc. |
| 22-14237 | Securities and Exchange Commission v. Justin Keener |
| 22-12936 | TB Foods USA, LLC v. American Mariculture, Inc., et al. (REVISED ARGUMENT DATE) |
| 23-10151 & 23-10171 | Havana Docks Corporation v. Royal Caribbean Cruises, Ltd. |
| 23-11222 | GSR Markets Limited v. Valkyrie Group LLC et al. |