# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10151

_____

HAVANA DOCKS CORPORATION,

                                                    Plaintiff-Appellee,

*versus*

ROYAL CARIBBEAN CRUISES, LTD.,

                                                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-23590-BB

_____

2  Order of the Court  23-10151

_____

No. 23-10171

_____

HAVANA DOCKS CORPORATION,

                               Plaintiff-Appellee
                               Cross Appellant,

*versus*

ROYAL CARIBBEAN CRUISES, LTD.,
NORWEGIAN CRUISE LINE HOLDINGS, LTD.,
CARNIVAL CORPORATION,
a foreign corporation doing business as
Carnival Cruise Lines,
MSC CRUISES S.A. CO.,
MSC CRUISES (USA), INC., et al.,

                               Defendants-Appellants
                               Cross Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-23591-BB

_____

23-10151 Order of the Court 3

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

Before WILLIAM PRYOR, Chief Judge, and JORDAN and BRASHER, Circuit Judges.

PER CURIAM:

      The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. FRAP 35. The Petition for Panel Rehearing also is DENIED. FRAP 40.